# EXHIBIT 2



July 19, 2022

Dear Investor,

EQT Exeter is pleased to announce the fundraise for EQT Exeter Multifamily Value Fund II, LP ("**EMVF II**"), a $1.5 billion real estate private equity fund which will pursue a value-add strategy of acquiring, renovating, repositioning, and developing apartment properties across select U.S. markets. The Fund seeks to achieve a gross leveraged IRR of 16% to 20%, equating to a 13% to 16% net leveraged IRR— targets enhanced by favorable entry pricing due to the current market correction.[1]

The Fund will emphasize medical (hospitals, research institutions, and biotech), education, and technology ("**Meds, Eds & Tech**") oriented submarkets, as these locations have outperformed the national average in employment growth for several decades. Furthermore, this employment is "sticky" because of the billions of dollars of shared, immovable infrastructure invested into these innovation institutions. In contrast to conventional central business districts and suburban submarkets where crowds of investor capital drive down multifamily yields, Meds, Eds & Tech submarkets feature far less capital competition. Upon exit however, the residential demand profile and the prominence and prestige of their associated innovation institutions provide strong liquidity from global buyers. EQT Exeter believes that this combination of renter demand and capital market attributes will provide resilience to market cycles and strong value appreciation for the Fund.

Drawing on years of experience in leasing to the Fund's targeted renters, EQT Exeter will seek to acquire and develop apartment communities that offer an exciting and rare mix to these price-conscious residents of 1) convenience and proximity to burgeoning Meds, Eds & Tech employment clusters, 2) rental rate value paired with high quality finishes and relevant amenities, and 3) wellness and sustainability features. EQT Exeter believes that these characteristics will distinguish the Fund's properties from undifferentiated assets that merely compete on price alone.

The EQT Exeter multifamily team's established track record encompasses over 28,000 units across 90 investments from 2007 to 2022 which have totaled more than $5.5 billion in property value. These realized and unrealized investments are currently estimated to generate a 20.8% gross leveraged IRR (18.0% net leveraged IRR) and a 2.2x gross equity multiple (2.0x net equity

---

[1] There can be no assurance that EQT Exeter will be able to implement its investment strategy or achieve its investment objectives. Target returns are not projections or guarantees and are only provided for illustrative purposes to show the anticipated risk profile of the Fund.  Target returns are inclusive of leverage and are based on EQT Exeter's analysis of the types of investments the Fund intends to make and other assumptions.

EQT Exeter Multifamily Value Fund II, L.P.

multiple). Forty-nine investments in the track record have been realized; they totaled over $2 billion in gross value and generated a 20.7% gross leveraged IRR (17.4% net leveraged IRR).[2]

Differentiated by multifamily specialists in 12 offices across the U.S. who source, design, renovate, develop, lease, and operate the Fund's investments with in-house, hands-on professionals, EQT Exeter believes the Fund will be enhanced by keen local market knowledge and relationships and deeply experienced property operators. With this property level expertise—rooted in a 50-year team legacy—as our compass, EQT Exeter leverages market-leading technology to help sustain our historic performance. These proprietary digital capabilities include Motherbrain, EQT's sourcing and transactional relationship artificial intelligence platform, and the latest real estate industry software.

Based on the team's performance record and consistent with EQT Exeter's previous fund raises around the globe, we expect EMVF II to be oversubscribed, so please provide your indication of interest to Monica Khalid ([monica.khalid@eqtexeter.com](mailto:monica.khalid@eqtexeter.com)) by August 15. Please contact Monica or your regional EQT Exeter client relations professional for access to the data room and to discuss the opportunity further. We anticipate holding the first close in October 2022 and a final close at the end of Q1 2023. We sincerely hope to serve you, and we thank you for your consideration.

Kindest regards,

EQT EXETER


Ward Fitzgerald
Partner
Global CEO of EQT Exeter

David Carlson
Portfolio Manager
U.S. Multifamily CEO

Bryan Lamb
Portfolio Manager
U.S. Multifamily CIO

Contact:
Monica Khalid
Head of Multifamily Investor Relations and Reporting
+1 (469) 983-8813
monica.khalid@eqtexeter.com

Emily McMillen
Vice President, Multifamily Investor Relations and Reporting
+1 (301) 760-0943
emily.mcmillen@eqtexeter.com

---

[2] Past, estimated, or targeted performance is not indicative of future results. The Fund will make investments in different economic conditions than those prevailing in the past. Thus, no guarantee is made that the Fund will have the same types or diversity of investment opportunities as prior funds or that the Fund will achieve results comparable to those achieved by prior funds managed by EQT Exeter and its affiliates.