# EXHIBIT 6

**EQT | EXETER**

**Strictly Private & Confidential**

November 17, 2021

Redwood Capital Group  The CenterCap Group, LLC
1 East Wacker Drive, Suite 1600  Three Landmark Square, 5th Floor
Chicago, IL 60601  Stamford, CT 06901

Dear Mr. Carlson, Mr. Isaacson, Ms. Beeson, and Ms. Munshi,

On behalf of EQT AB and EQT Exeter ("EQT"), we are pleased to submit the following non-binding indication of interest ("Proposal") relating to a strategic acquisition of Redwood Capital Group Holdings, LLC, and related entities ("Redwood" or the "Company"). We appreciate our discussions over the past year or so and are impressed by what we have seen regarding the team's ability to generate great returns for your investors through a risk-adjusted and proven investment strategy that is tangential to the operations of our existing team. We value direct and collaborative dialogue and feel that the personal chemistry, which is crucial in our line of work, will fit well into the EQT culture. EQT is uniquely positioned to support Redwood's management through the resources of our global investment platform, while enhancing and growing the business over the longer-term.

EQT is a purpose-driven global investment organization focused on active ownership strategies. With a Nordic heritage and a global mindset, EQT has a track record of almost three decades of delivering consistent and attractive returns across multiple geographies, sectors, and strategies. Uniquely, EQT is the only large private markets firm in the world with investment strategies covering all phases of a business' development, from start-up to maturity. Including Exeter, EQT today has more than EUR 67 billion in assets under management across 26 active funds within two business segments – Private Capital and Real Assets (including EQT Exeter). With its roots in the Wallenberg family's entrepreneurial mindset and philosophy of long-term ownership, EQT is guided by a set of strong values and a distinct corporate culture. EQT manages and advises funds and vehicles that invest across the world with the mission to future-proof companies, generate attractive returns and make a positive impact with everything EQT does.

We believe our Proposal delivers significant value to you and members of your team while retaining substantial ownership in the differentiated growth and performance we are certain Redwood will create as part of the broader EQT platform. We are prepared to move expeditiously to complete confirmatory diligence and to be prepared to sign definitive documents prior to the end of the first quarter of 2022.

We have made this opportunity a top priority and accordingly, on behalf of EQT, we are pleased to present you with the following proposal:

1. **Transaction Consideration:** Based upon our review of information made available to us by the Company (including Redwood's financial projections and track record provided in the data room), EQT is prepared to:

    a. Acquire 66.67% of the net fee related earnings of Redwood, and 66.67% of the performance fee revenue streams ("Promote") on all future investments for $24 million (the "Consideration"); valued at closing at an enterprise level of $36 million, based on a cash-free, debt-free basis with a normalized level of working capital (current assets minus current liabilities).

November 17, 2021
Page 2

    i.  $18 million cash Consideration paid at closing by Buyer to Tripost Capital Partners to purchase their full interest of equity shares, and any claims to Promote on future investments.

    ii.  $6 million cash Consideration paid at closing by Buyer to the operating partners of Redwood.

This proposal contemplates two additional steps, both at the option of EQT, and offered as an opportunity for the Redwood operating partners to achieve additional earn out, as follows:

b.  Within 36 months, acquire an additional 16.67% of Redwood, for $14 million. This is based upon the successful closing of a Core, Core+ Multifamily Fund I, and/or similar new investment vehicles, that earn investment management fees equal to $9 million. This is estimated to occur upon raising approximately $750 million in investable capital.

c.  Within 36 months, acquire the remaining 16.67% of Redwood, for $20 million. This is based upon the successful closing of a Workforce Housing Value Fund II, and/or similar new investment vehicles, that earn investment management fees equal to $14 million. This is estimated to occur upon raising approximately $1.2 billion in investable capital.

This offer in its entirety would result in total compensation of $58 million for Redwood, including $18 million to TriPost Capital Partners and $40 million to Redwood operating partners.

Transaction will include the purchase of 90% of the Performance of the Redwood property management affiliate, however, equity ownership of such entity will remain with David Carlson and Mark Isaacson. We look forward to discussing this structure with you in the next phase of the process.

Consistent with its 66.67% share of Promote, EQT will commit to funding 66.67% of the co-investment/general partner capital obligations of all future investments of the combined company, with the balance being funded by Redwood. EQT AB may provide funds needed for co-investment on a low interest basis.

2.  **Transaction Rationale:** Following the combination with Exeter, completed in April 2021, EQT is fully committed to the asset class and with the newly formed EQT Exeter we aim to become a global force in real estate. We are excited about the multifamily sector and consider it an area where EQT Exeter could further accelerate its growth ambitions with the right partner and team. Our main attraction points are:

- **Proven team and cultural alignment**: experienced team in the multifamily sector and based on our interactions to date, Redwood shares many key philosophies with EQT (high performing, respectful, entrepreneurial, informal, and transparent).

- **Track record and investor relationships**: proven track record in Workforce and Core, Core Plus multifamily investing since 2007.

November 17, 2021
Page 3

- **Strategic fit and accelerate growth**: Redwood is highly complementary to the current EQT Exeter multifamily strategy, and a combination would unlock the potential to accelerate the desired scaling of our US multifamily operations by having an experienced team in place supported by the existing global operational platform of EQT.

Expanding the Real Estate business line on par with the existing Private Capital and Infrastructure platforms is a key strategic priority for EQT. With the sale of EQT Credit in 2020 and the combination with Exeter in 2021, EQT is now a purpose-driven global investment organization solely focused on active ownership strategies.

3. **Operations and Governance:** The initial hypothesis is that Redwood will join forces with the existing EQT Exeter Multifamily team and continue to successfully drive and grow the business. David Carlson and Mark Isaacson will report directly to Ward Fitzgerald, who is Head of EQT Exeter. Ward reports directly to Lennart Blecher who is Head of EQT Real Assets (Infrastructure and Real Estate). Both Ward and Lennart are part of the global EQT Executive Committee and among the top 10 individual shareholders of EQT.

As Senior Management of EQT Exeter Multifamily, you will be responsible for allocating the remaining 33.33% of carried interest amongst the team with EQT having, similarly to other business lines, approval / sign off rights.

We look forward to discussing the exact operations and governance with you and your team during the next phase of discussions, albeit we anticipate Redwood would operate with similar autonomy as under the Tripost ownership structure.

4. **Conflicts with Existing Products or Teams:** We consider conflicts to be immaterial between Redwood and the existing EQT Exeter Multifamily team. Any unallocated capital from existing EQT Exeter multifamily products and existing Redwood products will be further discussed in the next phase of the process.

5. **Transaction Structure and Financing:** The consideration set out above will be composed according to the steps described above, including Step 1) a. 100% cash at the initial closing, Step 2) b. 50% cash from EQT's balance sheet and 50% EQT publicly traded shares to be issued to David Carlson and Mark Isaacson and related entities, Step 3) c. 50% cash from EQT's balance sheet and 50% EQT publicly traded shares to be issued to David Carlson and Mark Isaacson and related entities. The share valuation will be based on the 10-day volume weighted average price preceding the signing of definitive Transaction documentation.

6. **Retention and Liquidity**: The stock/share consideration included in the 2nd and 3rd steps of the transaction would be subject to customary lock-up provisions, consistent with the lockups of current EQT partners, of which 25% is released after three years from closing, 25% after four years and remaining 50% after five years.

In the event David Carlson or Mark Isaacson within five years terminates their employment, are dismissed for cause, or otherwise ceases to be employed or engaged by EQT as a consequence of material breach of their arrangements with EQT, the individual person will forfeit a portion of their EQT AB shares. The forfeiture mechanics will be outlined in the definitive transaction documents.

November 17, 2021
Page 4

Consistent with existing EQT practice, David Carlson and Mark Isaacson and certain key members of the team would also be expected to enter into employment agreements at the time of completion. The terms and conditions would be expected to contain customary restrictive covenants, including non-compete and non-solicitation provisions. We look forward to discussing the list of critical individuals with you in the next phase of the process.

7. **Due Diligence and Transaction Timing:** Our limited due diligence thus far has supported our enthusiasm for Redwood and its growth prospects. We look forward to meeting senior members of the team in the next stage of the process and introducing them to our EQT colleagues. As we progress into confirmatory diligence, there are several areas EQT would like to focus on, which will be provided shortly after acceptance of this Proposal.

   We are confident we can conclude our diligence in the proposed time frame assuming sufficient access and information flow, allowing us to move quickly towards signing definitive documentation and announcing the transaction shortly thereafter.

   The key elements of our due diligence would comprise of:

   - **Portfolio review:** we seek to understand the portfolio and investment process together with your team. We will not do deep due diligence at the asset level, but will closely verify track record and all performance. thereby allowing us to focus on the corporate level and move swiftly through the due diligence process.

   - **Investor base and fundraising outlook:** we would seek to obtain a full understanding of the investor base, including investor overlap with other EQT funds, and the fundraising pipeline.

   - **Financial due diligence:** we would seek access to the business to confirm the historical financials, which include income statement, balance sheet and cash flow review.

   - **Legal and tax due diligence:** we would require customary legal and tax due diligence.

   - **Regulatory and structuring:** we envisage that this will be an efficient integration of the business which will be confirmed in the next phase of the process.

8. **Approvals:** We have obtained all required internal approvals to submit this non-binding proposal. Any binding offer, and the timing set out above, would be subject to having completed satisfactory due diligence, reaching agreement on compensation, employment terms and retention, and the approval of EQT's Board of Directors.

9. **Definitive Documentation and Closing Conditions.** As soon as we receive draft documentation for the proposed transaction from Redwood and their counsel, we would endeavor to iterate upon all agreements in parallel with conducting our confirmatory due diligence, allowing us to move quickly towards signing and announcement no later than end of March 2022 once diligence is complete.

   Closing of the transaction will be subject to the Company obtaining the requisite investor consents from Redwood clients according to the respective documents, and the relevant regulatory

November 17, 2021
Page 5

approvals. Members of EQT's executive management, EQT Exeter and Capital Raising teams will work in partnership with the Company and its investor relations team to maximize consents from Redwood clients. Other key closing terms shall be customary for a transaction of this type.

EQT may, for the benefit of EQT and the seller, seek coverage for warranties and indemnities under a W&I insurance policy, depending on outcome of the due diligence and final transaction structure.

10. **Advisors**. In the next round of the process, we plan to engage Kirkland & Ellis as legal advisor, Ernst & Young as financial advisor and PricewaterhouseCoopers as tax & structuring advisor.

11. **Contact information.** If you have any questions or comments regarding this Proposal, please contact:

Ward Fitzgerald
Global Head of EQT Exeter
ward.fitzgerald@eqtexeter.com
(610)234.3201

Laurann Stepp
Principal, Corporate Acquisitions
and Investment Products
laurann.stepp@eqtexeter.com
(717)802.0267

**Next Steps**

Our team has devoted time and resources to evaluating a possible transaction and are confident that we can provide a high degree of transaction certainty to you and your partners. In order to facilitate our confirmatory diligence effort, we are requesting that you enter a customary exclusivity commitment with us for a period of 60 days, extendable in 15-day increments beyond that time. A full form exclusivity agreement will be circulated for your comments and execution assuming you want to move forward.

We are truly excited about this potential opportunity and are prepared to commit the full resources of EQT and our advisors to complete our confirmatory diligence and enter into a definitive agreement. Our Executive Committee is fully informed of and supportive of this proposal, and the proposed Transaction, and will need to approve the final terms of a potential Transaction. We do not anticipate any regulatory impediments to consummating the proposed Transaction and will engage highly experienced legal advisors to assist us in navigating that process.

This letter constitutes a non-binding proposal and does not create or constitute a legally binding obligation. Any transaction would be subject to negotiation and execution of mutually acceptable definitive documentation. This letter shall be subject to the terms of confidentiality as described in the non-disclosure agreement between the parties dated June 19, 2020.

We look forward to hearing from you soon.

Sincerely,

_____
Ward Fitzgerald
Head of EQT Exeter