## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DAVID CARLSON,                          )
                                        )
                    Plaintiff,          )
                                        )
          v.                            )     C.A. No. 25-cv-0503-CFC
                                        )
EXETER PROPERTY GROUP, LLC              )
and EQT AB,                             )
                                        )
                                        )
                    Defendants.         )
                                        )

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel makes the following certification:

1.    Defendant EQT AB is a public limited company organized under the laws of Sweden and headquartered in Stockholm, Sweden.  It has no parent corporation.  Investor AB owns more than 10% of EQT AB's stock.

2.    EQT AB is the parent of EQT Real Estate Holdings US, Inc., which is the parent of Defendant Exeter Property Group, LLC, a limited liability company incorporated in Delaware and recently renamed as EQT Real Estate, LLC.  No publicly held corporation directly owns 10% or more of EQT Real Estate, LLC's stock.

                               */s/ Christopher Fitzpatrick Cannataro*

                              A. Thompson Bayliss (#4379)

Of Counsel:                   Christopher Fitzpatrick Cannataro (#6621)

                               Abrams & Bayliss LLP

Shannon Rose Selden       20 Montchanin Rd., Suite 200

Barrett J. Greenwell        Wilmington, DE 19807

Debevoise & Plimpton LLP   (302) 778-1000

66 Hudson Boulevard       bayliss@abramsbayliss.com

New York, NY 10001        cannataro@abramsbayliss.com

(212) 909-6000

srselden@debevoise.com    *Attorneys for Exeter Property Group, LLC*

bjgreenwell@debevoise.com  *and EQT AB*

Date: July 15, 2025