IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DAVID CARLSON,

*Plaintiff,*

v.

No. 25-cv-00503-SB

EXETER PROPERTY GROUP, LLC
and EQT AB,

*Defendants.*

## ORDER

1. I **GRANT** Defendants' motion to dismiss Counts I through VII against EQT AB for lack of personal jurisdiction.

2. I **DENY** Defendants' motion to dismiss Counts III and IV against Exeter for fraud.

3. I **GRANT** Defendants' motion to dismiss Counts V through VII against Exeter for negligent misrepresentation, unjust enrichment, and breach of implied covenant.

Dated: March 25, 2026

_____
UNITED STATES CIRCUIT JUDGE