## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID CARLSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-cv-0503-SB |
| | ) |
| EXETER PROPERTY GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I certify that on June 10, 2026, my firm served true and correct copies of (i) Defendant EQT Real Estate, LLC's Responses and Objections to Plaintiff's Requests for Production of Documents; and (ii) Defendant EQT Real Estate, LLC's Responses and Objections to Plaintiff's Interrogatories upon the following counsel via electronic mail:

| | |
|---|---|
| Kate Harmon Hodges (#5343) | Charles Leuin (admitted pro hac vice) |
| Noelle Torrice (#5957) | William Walsh (admitted pro hac vice) |
| Benesch, Friedlander, Coplan & Aronoff LLP | Benesch, Friedlander, Coplan & Aronoff LLP |
| 1313 North Market Street, Suite 1201 | 71 South Wacker Drive, Suite 1600 |
| Wilmington, DE 19801-6101 | Chicago, Illinois 60606-4637 |
| Telephone: (302) 442-7056 | Telephone: (312) 624-6344 |
| Email: ntorrice@beneschlaw.com | Email: cleuin@beneschlaw.com |
| Email: kharmon@beneschlaw.com | Email: wwalsh@beneschlaw.com |

OF COUNSEL:

Shannon Rose Selden
Barrett J. Greenwell
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000
srselden@debevoise.com
bjgreenwell@debevoise.com

Dated: June 10, 2026

/s/ Christopher Fitzpatrick Cannataro
A. Thompson Bayliss (#4379)
Christopher Fitzpatrick Cannataro (#6621)
Madison Barnes (#7540)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
bayliss@abramsbayliss.com
cannataro@abramsbayliss.com
barnes@abramsbayliss.com

*Counsel for Defendant EQT Real Estate, LLC*